Plaintiffs' notices of claim were timely filed and the action timely commenced (*see,* Education Law § 3813 [1], [2-b]; *see also,* General Municipal Law § 50-e [1] [a]; § 50-i [1]). The claim accrued no earlier than October 10, 1996, when defendants notified plaintiffs that their pensions would not include the severance benefits. That was the date on which plaintiffs could ascertain their damages (*see, Matter of Board of Educ. [Wager Constr. Corp.],* 37 NY2d 283, 290-291; *Polce v Clinton Cent. School Dist.,* 214 AD2d 997, 998, *lv denied* 86 NY2d 706; *Pope v Hempstead Union Free School Dist. Bd. of Educ.,* 194 AD2d 654, 655-656, *lv dismissed* 82 NY2d 846).

We have considered defendants' remaining contention and conclude that it has no merit. (Appeal from Order of Supreme Court, Erie County, O'Donnell, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Pine, Hurlbutt, Scudder and Kehoe, JJ.

■ ANTHONY BARONE et al., Respondents, v NATHANIEL BARONE, JR., Individually and as Executor of NATHANIEL BARONE, SR., Deceased, et al., (Appeal No. 1.) [715 NYS2d 364] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Mattina, J. (Appeal from Order of Supreme Court, Chautauqua County, Mattina, J.—Settlement.) Present—Pigott, Jr., P. J., Pine, Hurlbutt, Scudder and Kehoe, JJ.

■ ANTHONY BARONE et al., Respondents, v NATHANIEL BARONE, JR., Individually and as Executor of NATHANIEL BARONE, SR., Deceased, et al., Appellants. (Appeal No. 2.) [715 NYS2d 364] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Mattina, J. (Appeal from Order of Supreme Court, Chautauqua County, Mattina, J.— Vacate Order.) Present—Pigott, Jr., P. J., Pine, Hurlbutt, Scudder and Kehoe, JJ.

■ ANDREA STRANGIO et al., Respondents, v NEW YORK POWER AUTHORITY, Appellant. (Appeal No. 1.) [715 NYS2d 362] —Appeal unanimously dismissed without costs (*see,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Niagara County, Notaro, J.—Damages.) Present—Pigott, Jr., P. J., Pine, Hurlbutt, Scudder and Kehoe, JJ.

■ ANDREA STRANGIO et al., Respondents, v NEW YORK POWER AUTHORITY, Appellant. (Appeal No. 2.) [713 NYS2d 613] —Judgment unanimously modified on the law and as modified affirmed without costs and new trial granted on damages for future medical expenses only unless plaintiff Andrea Strangio, within 20 days of service of a copy of the order of this Court with notice of entry, stipulates to reduce the verdict for future